United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO SARAMIENTO, et al., | Case No.  20-cv-07974-BLF   (SVK) |
| Plaintiffs, | |
| v. | **ORDER RE DISCOVERY LETTER BRIEF** |
| FRESH HARVEST, INC., et al., | Re: Dkt. No. 63 |
| Defendants. | |

The Court is in receipt of the Parties' joint discovery submission.  Dkt. 63.  It is unclear which discovery requests have been responded to and which remain in dispute.  The Parties are directed to prepare the chart required by the undersigned's Civil and Discovery Referral Matters Standing Order, setting forth the disputed requests, the responses thereto, and each Party's compromise position.  The Parties must send a Word version of the chart (including a column for the Court's ruling each disputed request) of the chart to the undersigned's Courtroom Deputy by **July 8, 2021.**

**SO ORDERED.**

Dated: July 2, 2021

_____

SUSAN VAN KEULEN
United States Magistrate Judge