UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO SARAMIENTO, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>FRESH HARVEST, INC.,, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-07974-BLF (SVK)<br><br>**ORDER ON DISCOVERY LETTER BRIEFS**<br><br>Re: Dkt. Nos. 63, 67, 70 |

　　　　The Court's rulings on Dkt. 63, 70 are attached hereto at Exhibit A (Fresh Harvest) and Exhibit B (SMD). The Court's rulings regarding Dkt. 67 are attached hereto at Exhibit C.

　　　　This case presents a common dispute in class actions regarding the scope of discovery prior to class certification. The pending motion for summary judgment filed by Defendants Fresh Harvest and SMD on the dispositive issue of their status as employers of Plaintiff Sarmiento (Dkt. 28) also arguably impacts discovery. Addressing these discovery challenges has been hampered by the tendency of both sides to stake unreasonable positions along with an unwillingness to make reasonable compromises as to either scope of requests or breadth of responses. The parties' presentation of issues with clarity, until Dkt. 70, has also been problematic. See, Dkt. 64, 65. The Court expects better on all fronts in future discovery submissions.

　　　　As reflected in the attached rulings, the Court generally has ordered discovery where it may tend to inform issues in Dkt. 28 and has deferred rulings on certain broader liability-oriented requests. **Documents to be produced by Defendants Fresh Harvest and SMD are ORDERED to be produced by August 31, 2021. Interrogatory responses and documents to be produced by Plaintiffs are ORDERED to be produced by September 15, 2021, EXCEPT where the**

**earlier production date of August 31, 2021 is noted.**[1]

**SO ORDERED.**

Dated: August 6, 2021

_Susan van Keulen_
SUSAN VAN KEULEN
United States Magistrate Judge

---

[1] As reflected in Dkt. 76, the briefing schedule as to Dkt. 28 has recently been adjusted, and these production dates take into consideration the new briefing schedule.