UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO SARMIENTO, et al.,<br>Plaintiffs,<br>v.<br>FRESH HARVEST, INC., et al.,<br>Defendants. | Case No. 20-cv-07974-BLF   (SVK)<br><br>**ORDER ON OCTOBER 29, 2021 JOINT DISCOVERY SUBMISSION**<br><br>Re: Dkt. No. 121 |

The Court is in receipt of the Joint Statement filed on October 29, 2021 regarding disputed neutral statements and depositions. Dkt. 121. The Court has considered the arguments of counsel as well as previous orders in this case and determined that these matters can be resolved without a hearing. Civil L.R. 7-1(b). Accordingly, the Court **ORDERS** as follows:

The Court has modified the proposed neutral statements and orders the Parties to use the statement attached hereto as Exhibit A.

As for the 5 depositions relating to the pending motion (Dkt. 88), any such deposition completed with 3 hours or less of testimony on the record will not count against the 10 deposition limit. Any such deposition that exceeds 3 hours will count against the limit. Any of the 5 deponents, regardless of length of first deposition, may be re-noticed for further deposition which will be limited in time such that no deponent sits for more than 7 hours total of testimony on the record in this action. This ruling is without prejudice to either Party seeking relief from discovery limits at the appropriate time upon a showing of good cause.

**SO ORDERED.**

Dated: November 2, 2021

SUSAN VAN KEULEN
United States Magistrate Judge