UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO SARMIENTO, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>FRESH HARVEST, INC., et al.,<br><br>  Defendants. | Case No. 20-cv-07974-BLF  (SVK)<br><br>**ORDER RE DEFERRED DISCOVERY RULINGS**<br><br>Re: Dkt. Nos. 77, 164 |

In its Order of August 6, 2021, this Court granted Plaintiffs' motion to compel certain discovery responses and deferred other rulings due to Defendants' pending motion for summary judgment. Dkt. 77. Defendants' motion has now been denied (Dkt. 162), and Plaintiffs have asked this Court to rule on the deferred issues. Dkt. 164. In the request, Plaintiffs indicate that they reached out to Defendants for further meet and confer, but Defendants did not respond. *Id*. at 2. Accordingly, the Court **ORDERS** as follows:

1. All Parties are to review this Court's Civil and Discovery Referral Matters Standing Order (available at https://www.cand.uscourts.gov/judges/van-keulen-susan-svk/) as to the required form and content of discovery motions;

2. All Parties are to review this Court's previous order at Dkt. 77, **specifically the admonishments and this Court's expectations set forth at page 1**.

3. With this Court's admonishments in mind, the Parties are to meet and confer either in person or by video conference this **week of April 25, 2022**. Discussions by email or by telephone are not sufficient. The Court expects the Parties to now be able to resolve the remaining disputes. If and only if the Parties reach an impasse, then **no later than May 2, 2022** they may submit an updated joint submission not to exceed 5 pages and updated dispute charts as required by this Court's standing order.

4. Any submission on May 2, 2022 must include attestation by counsel as to compliance with steps 1-3 above.

**SO ORDERED.**

Dated: April 25, 2022

_____
SUSAN VAN KEULEN
United States Magistrate Judge