UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO SARMIENTO, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>FRESH HARVEST, INC.,, et al.,<br><br>  Defendants. | Case No. 20-cv-07974-BLF   (SVK)<br><br>**ORDER RE FILING OF JOINT SUBMISSION ARISING OUT OF DEFERRED DISCOVERY REQUESTS**<br><br>Re: Dkt. Nos. 169, 204 |

On April 12, 2022, Plaintiffs asked this Court to rule on certain deferred discovery disputes. Dkt. 164. The Court ordered the Parties to meet and confer and, if necessary, file a joint submission reflecting the remaining disputes no later than May 2, 2022. Dkt. 169. Since that time, the Parties have sought several extensions of the filing deadline in light of on-going settlement discussions. The Court encourages the Parties to continue their efforts at resolution. To that end, the Court ORDERS as follows:

- The Parties are relieved from seeking further extensions for the deadline set in Dkt. 169;
- Should the case not resolve, the Parties may file a joint discovery submission regarding the deferred discovery disputes when ripe; and
- Nothing in this Order extends the deadline of Civ. L.R. 37-3.

**SO ORDERED.**

Dated: October 18, 2022

SUSAN VAN KEULEN
United States Magistrate Judge