1  Dawson Morton (SBN 320811)
Santos Gomez (SBN 172741)
2  LAW OFFICES OF SANTOS GOMEZ
1003 Freedom Boulevard
3  Watsonville, CA 95076
Ph: (831) 228-1560
4  Fax: (831) 228-1542
dawson@lawofficesofsantosgomez.com
5  santos@lawofficesofsantosgomez.com

6  James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
7  Connie K. Chan (SBN 284230)
ALTSHULER BERZON LLP
8  177 Post Street, Suite 300
San Francisco, CA 94108
9  Ph: (415) 421-7151
Fax: (415) 362-8064
10  jfinberg@altshulerberzon.com
ecervantez@altshulerberzon.com
11  cchan@altshulerberzon.com

12
ATTORNEYS FOR PLAINTIFFS AND THE CLASS
13
IN THE UNITED STATES DISTRICT COURT
14
FOR THE NORTHERN DISTRICT OF CALIFORNIA
15  SAN JOSE DIVISION

16  RIGOBERTO SARMIENTO, GUSTAVO        Class Action Case No. 5:20-cv-7974-BLF
LUEVANO-VACA, and others similarly situated,
17                                              **PLAINTIFFS' MOTION FOR FINAL**
18                    Plaintiffs                **APPROVAL OF CLASS ACTION**
                                                **SETTLEMENT**
19          vs.
                                                Date: October 26, 2023
20  FRESH HARVEST, INC., et al.,                Time:        9:00 A.M.
                                                Ctrm:Courtroom 3, U.S. District Court, 280
21                    Defendants.               South First St., 5th Floor, San Jose, CA

22

23

24

25

26

27

28

1    Please take notice that, on October 26, 2023, at 9:00 a.m or as soon thereafter as counsel

2  may be heard, in Courtroom 3 of the San Jose Courthouse, located at 280 South First St., 5ᵗʰ Floor,

3  San Jose, California, Plaintiffs will and hereby do move for an order granting final approval of the

4  class action settlement reached with Fresh Harvest, Inc., SMD Logistics, Inc., Rava Ranches, Inc.,

5  and Fresh Foods, Inc. Specifically, Plaintiffs move for an order:

6    1.    Certifying for settlement purposes, for treatment as a class action under Rule 23 of

7  the Federal Rules of Civil Procedure, the Settlement Class of 194 persons that worked for

8  Defendants as hourly commercial drivers, excluding bus drivers, who operated over-the-road

9  highway vehicles in excess of 26,000 pounds gross vehicle weight in California or Arizona at any

10  time during the period of November 12, 2016 to December 10, 2022 and who have not excluded

11  themselves from the settlement.

12    2.    Granting final approval of the Settlement and finding the terms of the Settlement to

13  be fair, reasonable, and adequate under Rule 23(e) of the Federal Rules of Civil Procedure,

14  including the amount of the settlement fund; the amount of distributions to class members; the

15  procedure for giving notice to class members; the procedure for members of the Settlement Class to

16  opt out of the Settlement; and the procedure for members of the Settlement Class to object to the

17  Settlement.

18    3.    Finding that class members were provided proper and adequate notice of their rights

19  in a manner that satisfies the requirements of due process.

20    4.    Directing that all class members who did not timely file a request for exclusion from

21  the Settlement are barred from prosecuting against Defendants the released claims for the time

22  period of their employment in the class period as set forth in the Settlement.

23    5.    Directing payment of settlement administration fees by Defendants to Atticus

24  Administration, LLC in the amount of $10,000 in accordance with the declaration of Bryn Bridley

25  from the administrator, Atticus Administration, LLC, and directing that the remaining $8,783 be

26  paid from the settlement funds to Atticus Administration.

27    6.    Approving Plaintiffs' petition for attorneys' fees in the amount of $497,016 to be

28  paid from the settlement funds.

- 1 -

PLAINTIFFS'MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; NO.: 5:20-cv-7974-BLF

1    7.    Approving Plaintiffs' costs petition in the amended amount of $56,987.92 as detailed

2    in Plaintiffs' corrected costs filing. Doc. 231.

3    8.    Order the Settlement Administrator to pay the California Labor and Workforce

4    Development Administration after 180 days have passed from the commencement of class member

5    payments.  The Settlement Administrator is to pay to $7,500, from any unclaimed funds, prior to

6    redistribution of such funds.  If the amount of unclaimed funds is less than $7,500, the Settlement

7    Administrator shall notify Defendant Fresh Harvest, Inc., of the difference between $7,500 and the

8    amount of unclaimed funds, and Fresh Harvest, Inc., shall, within 14 days, transmit that amount to

9    the Settlement Administrator, who shall then, within seven days, transmit $7,500 to the LWDA.

10    9.    Order that within 30 days of the expiration of the original 180 day payment period,

11    the Settlement Administrator shall determine whether it is economically feasible to effect a Second

12    Distribution to Settlement Class Members who have claimed or cashed their first Settlement

13    Payment, and, if so, will make a Second Distribution within 30 days, dividing the remaining money

14    proportionally among those Settlement Class Members who received payments in proportion to

15    their prior Individual Settlement Allocation. If it is not economically feasible to distribute any

16    remaining unclaimed funds, or if there are unclaimed funds remaining after the Second Distribution,

17    such funds shall be donated to the *cy pres* recipient, the Food Bank for Monterey County

18    10.    Entering the stipulated settlement as a final order of this Court and retaining

19    jurisdiction to enforce the judgment and stipulation for class action settlement.

20    Plaintiffs' motion is made under Rule 23 of the Federal Rules of Civil Procedure  on the

21    grounds that the Settlement is fair, reasonable and adequate and is based on this Notice and attached

22    Memorandum of Points and Authorities, the Declarations of Dawson Morton and Bryn Bridley

23    submitted herewith along with the declarations of Plaintiffs Rigoberto Sarmiento and Gustavo

24    Luevano-Vaca; the Settlement and Stipulation for Class Action Settlement, Affirmative Relief, and

25    Release of Claims previously entered by this Court; the prior Motion for Approval of Fees and

26    Costs, and its accompanying declarations; all other pleadings and papers on file in this action; and

27    any oral argument or other matter that the Court may consider.

28    //

1    Dated: September 14, 2023              LAW OFFICES OF SANTOS GOMEZ

2

3                                          By: s/ *D. Morton*
                                           Dawson Morton
4                                          Attorney for Plaintiffs and the Settlement Class

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT; NO.: 5:20-cv-7974-BLF